**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6077

DONTEZ LAMONT SIMUEL,

Plaintiff - Appellant,

versus

ROBY LEE; R. A. THOMPSON; SHERRY MCFEATERS;
LIEUTENANT MONROE; SERGEANT UPTON; PHYSICIAN
BOWE,

Defendants - Appellees,

and

DOCTOR CIBUB,

Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:03-ct-00350-F)

Submitted:  July 6, 2007                Decided:  July 27, 2007

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dontez Lamont Simuel, Appellant Pro Se. James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Dana

Hefter Davis, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontez Lamont Simuel appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Simuel v. Lee, No. 5:03-ct-00350-F (E.D.N.C. Dec. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED